**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-2072**

───────────

ELBERT HICKS,

Petitioner - Appellant,

v.

U.S. DEPARTMENT OF LABOR; U.S. POSTAL SERVICE,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Mark S. Davis, District Judge.   (2:14-cv-00651-MSD-LRL)

───────────

Submitted:  November 19, 2015      Decided:  November 23, 2015

───────────

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Elbert Hicks, Appellant Pro Se.   Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Hicks appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hicks v. U.S. Dep't of Labor, No. 2:14-cv-00651-MSD-LRL (E.D. Va. filed July 23, 2015, entered July 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2